# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:15-cv-02304-JAM-AC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** |
| **Ramirez Limited Partnership, et al.,** | |
| Defendants. | Date: 6/3/20<br>Time: 10:00 am<br>Courtroom: 26 |

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of J Nabor Nunez Ramirez, CEO Ramirez Limited Partnership is continued from 3/4/20 to 6/3/20 at 10:00 a.m. in Courtroom 26.

IT IS SO ORDERED.

DATED: February 25, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor Exam          -1-